**Noel Edward PLUNKETT,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America; United States Bureau of Prisons; C.F. Floyd, Warden; M.D. Bell, Associate Warden; L.E. Rainwater, Associate Warden; Roland E. Williams, former Health Services Administrator; A. Balinao, Health Service Administrator; Bernardo Parina, Chief Medical Doctor, Defendants–Appellees.**

No. 01–6686.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 17, 2001.

Noel Edward Plunkett, pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, SC, for appellees.

Before NIEMEYER, MICHAEL and TRAXLER, Circuit Judges.

PER CURIAM.

Noel Edward Plunkett appeals from the district court's order accepting the recommendation of the magistrate judge. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Plunkett v. United States,* No. CA–00–24 (D.S.C. Mar. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*